155 A.3d 437

**BRATTON–BEY**

v.

**PAPIRMEISTER**

**Pet. Docket No. 527, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Dismissed by the Court of Special Appeals (No. 2418, Sept. Term, 2015).

Petition for writ of certiorari denied

155 A.3d 437

**CARTER, Marvin Terrell**

v.

**STATE of Maryland**

**Pet. Docket No. 496, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Application for leave to appeal denied by the Court of Special Appeals (No. 432, Sept. Term, 2016).

Petition for writ of certiorari denied